## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH E. FINK,**<br>    Petitioner,<br><br>        v.<br><br>**THOMAS J. CARROLL**, Warden,<br>Delaware Correctional Center<br>and **CARL C. DANBERG,** Attorney<br>General of the State of Delaware,<br>    Respondents. | :<br>:<br>:<br>:<br>: Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>: |

### PETITION FOR WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. §2254

   1. **Name and location of court which entered the judgment of conviction under attack:** Superior Court of the State of Delaware (New Castle County), 500 N. King Street, Wilmington, DE 19801.

   2. **Date of judgment of conviction:** (1) conviction by jury - March 8, 2002; (2) sentencing date - May 23, 2002.

   3. **Length of Sentence:** Petitioner was sentenced to 98 years in jail, suspended after serving 8 years, for 35 years probation. On March 24, 2004, the Court reduced the jail time from 8 years to 6 years.

   4. **Nature of offense involved:** (1) 15 counts of Unlawfully Dealing in Child Pornography (11 *Del.C.* §1109(4); (2) 15 counts of Possession of Child Pornography (11 *Del.C.* §1111).

   5. **What was your plea? -** Not Guilty

   6. **If you pleaded not guilty, what kind of trial did you have? -** Jury trial

   7. **Did you testify at the trial? -** No

   8. **Did you appeal from the judgment of conviction? -** Yes

   9. **If you did appeal, answer the following:**

      **(A) Name of court -** Supreme Court of Delaware
      **(b) Result** - convictions and sentence were affirmed
      **(c) Date of result and citation -** March 20, 2003; *Fink v. State*, 817 A.2d 781 (Del. 2003)

      **(D) Grounds raised:**

   (1) Whether the search warrant which authorized a search of the defendant's residence violated the 4th Amendment to the United States Constitution and whether the evidence seized as a fruit of that warrant and succeeding search warrants should have been suppressed at trial.

(2) Whether the sentence of 8 years in jail was excessive.

(3) Whether the defendant's convictions on 30 separate counts amounted to multiple prosecutions for the same offense in violation of the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution.

(4) Whether the trial court's instruction concerning the elements of the offenses charged was a correct statement of the law.

(5) Whether the statutes under which the defendant was convicted were "overbroad" in violation of the First Amendment to the United States Constitution.

**(e) If you sought further review of the decision on appeal by a higher state court, please answer the following**: Not applicable.

**(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:** Not applicable.

10. **Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any court, state or federal?**   Yes.

11.  **If your answer to 10 was "yes," give the following information:**

**(A) (1) Name of Court -** Delaware Superior Court (New Castle County)

**(2) Nature of proceeding -** Petition for post-conviction relief under Superior Court Criminal Rule 61.

**(3) Grounds raised:**

(1) Whether the Defendant's appellate counsel was "ineffective" under *Strickland v. Washington*, 466 U.S. 668 (1984) in the defendant's direct appeal in failing to appeal the trial court's ruling concerning the validity of the search of the defendant's computers that were located at the defendant's residence and whether, if the above ruling had been appealed, there is a reasonable probability that the outcome of the appeal would have been different.

**(4) Did you receive an evidentiary hearing on your petition, application or motion?**  No.

**(5) Result -** The Rule 61 Motion was denied. *State v. Fink*, decision dated October 28, 2005 (unreported)

**(b) As to any second petition....**   Not applicable

**(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?**  Yes.

**(d) If you did not appeal......**   Not applicable

12. **Grounds for Habeas Corpus Relief:**

(1) Whether the search warrant which authorized a search of the defendant's residence violated the 4th Amendment to the United States Constitution and whether the evidence seized as a fruit of that warrant and succeeding search warrants should have been suppressed at trial.

(2) Whether the defendant's convictions on 30 separate counts amounted to multiple prosecutions for the same offense in violation of the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution.

(3) Whether the statutes under which the defendant was convicted were "overbroad" in violation of the First Amendment to the United States Constitution.

(4) Whether the Defendant's appellate counsel was "ineffective" under *Strickland v. Washington*, 466 U.S. 668 (1984) in the defendant's direct appeal in failing to appeal the trial court's ruling concerning the validity of the search of the defendant's computers that were located at the defendant's residence and whether, if the above ruling had been appealed, there is a reasonable probability that the outcome of the appeal would have been different.

13. **If any of the grounds listed in 12 were not previously presented in any court, state or federal, state briefly what grounds were not so presented and give your reasons for not presenting them.** Not applicable.

14. **Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment now under attack?** No.

15. **Give the names and addresses of each attorney who represented you at each stage of the judgment attacked herein:**

(1) the following attorneys represented the petitioner during all or part of the period from the time of his arrest through conviction and sentence in the trial court.

> Joe A. Hurley, Esquire
> 1215 King Street
> Wilmington, DE 19801

> Edmund D. Lyons, Jr., Esquire
> 1526 Gilpin Avenue
> Wilmington, DE 19806

(2) The following attorneys represented petitioner on direct appeal

> Joe A. Hurley, Esquire
> 1215 King Street
> Wilmington, DE 19801

(3) The following attorneys represented the petitioner in state court post-conviction proceedings and on appeal in post-conviction proceedings

> Joseph M. Bernstein, Esquire
> 800 N. King Street - Suite 302
> Wilmington, DE 19801

     16.  **Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?**  No.

     17.  **Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?**  No.

     **WHEREFORE,** petitioner prays that the Court grant petitioner all relief to which he may be entitled under this Petition

                       s/ Joseph M. Bernstein
                       JOSEPH M. BERNSTEIN (#780)
                       800 N. King Street - Suite 302
                       Wilmington, DE 19801
                       302-656-9850
                       Attorney for Petitioner

     I declare under penalty of perjury that the foregoing is true and correct.

                       s/ Kenneth E. Fink
Dated:  3/16/06               Kenneth E. Fink

JS 44
(Rev. 07/89)

Case 1:06-cv-00181-GMS   Document 1-2   Filed 03/16/2006   Page 1 of 1

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

KENNETH E. FINK

## DEFENDANTS

THOMAS J. CARROLL, Warden, Delaware Correctional Center, and CARL C. DANBERG, Attorney General of the State of Delaware

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __New Castle__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph M. Bernstein
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850

ATTORNEYS (IF KNOWN)

Loren C. Meyers
Department of Justice
820 N. French St.
Wilmington, de 19801

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Petition for Habeas Corpus by a state prisoner under 28 U.S.C. §2254

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

[Nature of suit checkboxes — 630 General checked under PRISONER PETITIONS]

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE: March 16, 2006

SIGNATURE OF ATTORNEY OF RECORD: *Joseph M B____*

UNITED STATES DISTRICT COURT