D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv181 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

7002 2030 0003 0326 9540

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

06cv181 gms

PS Form 3800, June 2002    See Reverse for Instructions