United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-181 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

06-181 GMS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Beatrice Onley_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Beatrice Onley  C. Date of Delivery 4/5/06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7002 2030 0003 0326 9540 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

Filed stamp: CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 APR -6 PM 4:24