IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH E. FINK**, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 06-181-GMS |
| ) | |
| **THOMAS J. CARROLL**, Warden, ) | |
| and **CARL C. DANBERG**, Attorney ) | |
| General of the State of Delaware, ) | |
| ) | |
| Respondents ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

Respondents file herewith certified copies of the following Delaware Supreme Court documents:

1. No. 344, 2002:

    a. Opening Brief and Appendix

    b. Answering Brief

2. No. 578, 2005:

    a. Opening Brief and Appendix

    b. Answering Brief

    c. Order (Mar. 14, 2006)

                                  /s/ **LOREN C. MEYERS**
                                  Loren C. Meyers
                                  Chief of Appeals Division
                                  Del. Bar ID 2210
                                  loren.meyers@state.de.us
                                  Department of Justice
                                  820 N. French Street
                                  Wilmington, DE  19801
                                  (302) 577-8500

July 25, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that:

1. On July 25, 2006, he electronically filed the attached document (Notice of Filing of State Court Records) with the Clerk of the District Court using CM/ECF which will send notification of the filing to the following registered participants:

Joseph M. Bernstein, Esq.
Suite 302
800 N. King St.
Wilmington, DE  19801
jmbern001@comcast.net.

2. On July 25, 2006, he caused one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to Joseph M. Bernstein, Esq.

3. On July 26, 2006, he caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **Loren C. Meyers**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210